In the Matter of GENEVIEVE FRASER, Respondent, v SELVIN SOLOMON GREEN, Appellant. [868 NYS2d 920]—

The mother's proof that the father failed to pay child support as ordered constituted prima facie evidence of the father's willful violation of the support order (*see* Family Ct Act § 454 [3] [a]; *Matter of Powers v Powers*, 86 NY2d 63, 69 [1995]; *Matter of Smith v Smith*, 55 AD3d 743 [2008]; *Matter of Ferrara v Ferrara*, 52 AD3d 599, 600 [2008]). The father failed to rebut this prima facie evidence of willfulness by offering competent, credible evidence of his inability to pay (*see Matter of Accettulli v Accettulli*, 38 AD3d 766, 767 [2007]; *Matter of Vasconcellos v Vasconcellos*, 37 AD3d 613 [2007]; *Matter of Teller v Tubbs*, 34 AD3d 593, 594 [2006]; *cf. Matter of Kainth v Kainth*, 36 AD3d 915, 916 [2007]). Accordingly, the Family Court properly determined that he willfully violated the support order (*see Matter of Saintime v Saint Surin*, 40 AD3d 1103 [2007]; *Matter of Bronstein-Becher v Becher*, 25 AD3d 796 [2006]; *Matter of Watson v Watson*, 21 AD3d 497, 498 [2005]). Rivera, J.P., Angiolillo, Dickerson and Chambers, JJ., concur.